FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| O.S. and M.R.,<br><br>      Plaintiffs,<br><br>v.<br><br>GRANDVIEW SCHOOL DISTRICT NO. 200,<br><br>      Defendant. | NO: 1:19-CV-3187-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

  BEFORE THE COURT is a Stipulated Motion for Order of Dismissal with Prejudice and without Costs, ECF No. 18. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

  Accordingly, **IT IS HEREBY ORDERED**:

  1. The Stipulated Motion for Order of Dismissal with Prejudice and without Costs, **ECF No. 18**, is **GRANTED**.

  2. Plaintiffs' Complaint is dismissed **with prejudice** and **without fees or costs to any party**.

  3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** February 19, 2021.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS ~ 2